LIZZIE M. PALMER et al., Respondents, *v.* HICKORY GROVE CEMETERY, Appellant, Impleaded with Another.

*Palmer* v. *Hickory Grove Cemetery*, 106 App. Div. 613, affirmed.
(Argued November 20, 1906; decided December 4, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered July 10, 1905, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term in an action to restrain the defendant from acquiring certain lands for cemetery purposes.

*Charles A. Wendell* and *Alfred W. Kiddle* for appellant.

*J. Addison Young*, *Charles H. Young* and *Wilson Brown*, *Jr.*, for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER and HISCOCK, JJ. Not sitting: WILLARD BARTLETT, J.